# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ECORE INTERNATIONAL INC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:24-CV-02691-E |
| RUBAROC LLC, | § § § | |
| Defendant. | § § § § | |

## ORDER

Before the Court is Plaintiff Ecore International Inc.'s Motion for Default Judgment, which seeks default judgment against Defendant Rubaroc LLC. (ECF Nos. 11-12). The Court enters the following referral to the United States Magistrate Judge. **The Court hereby REFERS this Motion for Default Judgment, (ECF Nos. 11-12), to United States Magistrate Judge Renee H. Toliver for determination.**

SO ORDERED.

8th day of April, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE