# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **ECORE INTERNATIONAL INC,** | § | |
|     **PLAINTIFF,** | § | |
| | § | |
| *v.* | § | **CASE NO. 3:24-CV-02691-E** |
| | § | |
| **RUBAROC LLC,** | § | |
|     **DEFENDANT.** | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed.[1] The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff, Ecore International, Inc's *Motion for Default Judgment*, (ECF No. 11), is **GRANTED.**

The Court ORDERS Plaintiff to file a proposed Final Judgment on or before December 1, 2025.

**SO ORDERED** this 10th day of November, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Ecore International Inc. filed a notice to show the United States Magistrate Judge's findings, conclusions and recommendation were served unto Defendant Rubaroc LLC. (ECF No. 17).