**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ECORE INTERNATIONAL INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:24-CV-02691-E |
| RUBAROC LLC, | § | |
| | § | [Related Case: 3:26-CV-02802-X] |
| Defendant. | § | |

"Use of Generative Artificial Intelligence"[1]

**THIRD PARTY BANK OF AMERICA, N.A.'S AMENDED CERTIFICATE OF CONFERENCE ON ITS AMENDED AND SUPPLEMENTED MOTION TO QUASH SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND MOTION FOR PROTECTIVE ORDER AND BRIEF IN SUPPORT THEREOF**

On November 2, 2026, Third Party Bank of America, N.A. ("Bank of America") filed its *Amended and Supplemented Motion to Quash Subpoena to Testify at a Deposition in a Civil Action and Motion for Protective Order* (the "Amended Motion"). [Dkt. 28]. Bank of America submits this Amended Certificate of Conference.

---

[1] Generative Artificial Intelligence was used to prepare the initial draft of this filing based on previously filed documents and internal correspondence.

**AMENDED CERTIFICATE OF CONFERENCE**

On October 23, 2026, I, Evan A. Moeller, conferred with counsel for Ecore International Inc., J. Stephen Simms and Tom M. Brown, regarding the relief sought in the Motion via video conference. Mr. Brown indicated that Ecore did not oppose the relief sought.

*/s/ Evan A. Moeller*

On November 1, 2026, counsel for Bank of America, N.A., Evan A. Moeller followed up with counsel for Ecore, Tom M. Brown and J. Stephen Simms by email to seek Ecore's agreement that no additional discovery from Bank of America was needed. Mr. Moeller also offered to send Ecore copies of Bank of America's motions before filing them, and counsel for Ecore accepted that offer. On November 2, 2026, I, Jaime Payne-Holt, emailed counsel for Ecore, J. Stephen Simms and Tom M. Brown a copy of this motion and asked for Ecore's position. Mr. Brown responded with a proposed a possible resolution of the underlying discovery dispute. I explained that Bank of America would need time to evaluate the stipulation, but for purposes of filing the motion, again asked whether Ecore opposes the motion. J. Stephen Simms stated that Ecore opposes the relief sought.

*/s/ Jaime M. Payne-Holt*

Respectfully submitted,

**ADAMS & REESE, LLP**

By: */s/ Jaime M. Payne-Holt*
Evan A. Moeller
State Bar No.: 24051067
evan.moeller@arlaw.com
Jasmine Singh
State Bar No.: 24132680
jasmine.singh@arlaw.com
Jaime M. Payne-Holt
State Bar No.: 24134521
jaime.payneholt@arlaw.com
1221 McKinney Street, Suite 4400
Houston, Texas 77010
(713) 652-5151 Office
(713) 652-5152 Facsimile

*Attorneys for Third Party Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record through the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure on November 2, 2026.

*/s/ Jaime M. Payne-Holt*